IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 CV 48

| | |
|---|---|
| RAYMOND EUGENE PUSZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Russell Bowling's Application for Admission to Practice *Pro Hac Vice* of Jaya Shurtliff. It appearing that Jaya Shurtliff is a member in good standing with the New York Bar and will be appearing with Russell Bowling, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Russell Bowling's Application for Admission to Practice *Pro Hac Vice* (#4) of Jaya Shurtliff is **GRANTED**, and that Jaya Shurtliff is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Russell Bowling.

Signed: December 20, 2011

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge