THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:11-cv-00048-MR-DLH

RAYMOND EUGENE PUSZ,            )
                                )
            Plaintiff,          )
                                )
    vs.                         )       J U D G M E N T
                                )
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social Security,)
                                )
            Defendant.          )
_____ )

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that that the Plaintiff's Objection [Doc. 17] is **SUSTAINED**; the Magistrate Judge's Memorandum and Recommendation [Doc. 16] is **REJECTED**; the Defendant's Motion for Summary Judgment [Doc. 14] is **DENIED**; and the Plaintiff's Motion for Summary Judgment [Doc. 11] is **GRANTED** to the extent that the Plaintiff seeks reversal of the Commissioner's decision denying him disability benefits. To the extent that the Plaintiff seeks an immediate award of benefits, the Plaintiff's Motion [Doc. 11] is **DENIED**.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this case is hereby **REMANDED** for further administrative proceedings.

Signed: February 11, 2013

Martin Reidinger
United States District Judge

2